UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WAYNE GIRAUD | : |
| V. | : CIVIL NO. 3:01cv01220 (PCD) |
| METRO-NORTH RAILROAD COMPANY | : |
| V. | : |
| NEW HAVEN PARKING AUTHORITY | : DECEMBER 11, 2003 |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

The undersigned moves for leave to withdraw her appearance filed on behalf of the third-party defendant, New Haven Parking Authority ("New Haven") in the above matter.

The undersigned has been acting as counsel for New Haven, but has recently taken a position at a new firm and will no longer be representing New Haven. In addition to the undersigned, Attorney Thomas R. Gerarde of the firm of Howd & Ludorf has filed his appearance on behalf of New Haven.

Because Attorney Gerarde will now be acting as New Haven's local counsel, the undersigned requests that her motion for leave to withdraw her appearance be granted.

GRANTED. SO ORDERED.
Peter C. Dorsey, U.S. District Judge
12/16/03

HART1-1146522-1

Dated: Hartford, Connecticut
       December 11, 2003

                               THIRD-PARTY DEFENDANT,
                               NEW HAVEN PARKING AUTHORITY

                               By _/s/ Lisa K. Titus_____
                                    Lisa K. Titus (ct22077)
                                    Robinson & Cole LLP
                                    280 Trumbull Street
                                    Hartford, CT 06103-3597
                                    Tel. No.: (860) 275-8200
                                    Fax No.: (860) 275-8299
                                    E-mail: ltitus@rc.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first-class mail, postage prepaid, on this 11th day of December, 2003, to:

Scott E. Perry, Esq.
Cahill & Goetsch, P.C.
43 Trumbull Street
New Haven, CT 06511

Robert O. Hickey, Esq.
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
P.O. Box 3057
Stamford, CT 06905

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

and by Certified Mail, Return Receipt Requested to:

Ms. Bonnie Lytle
NHPA
Union Station
50 Union Avenue
New Haven, CT 06519

_Lisa K. Titus_
Lisa K. Titus