UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WAYNE GIRAUD | : | NO.: 3:01CV01220 (PCD) |
| v. | : | |
| METRO-NORTH RAILROAD COMPANY | : | |
| v. | : | |
| NEW HAVEN PARKING AUTHORITY | : | JANUARY 6, 2004 |

## **APPEARANCE**

  Please enter the appearance of Christopher J. Picard as attorney for the third-party defendant, New Haven Parking Authority, in the above-entitled action in addition to the appearance already on file by this firm.

         THIRD-PARTY DEFENDANT,
         NEW HAVEN PARKING AUTHORITY


         By_____/s/ Christopher J. Picard_____
          Christopher J. Picard
          Howd & Ludorf
          65 Wethersfield Avenue
          Hartford, CT  06114
          (860) 249-1361
          (860) 249-7665 (fax)
          ct22532

CERTIFICATION

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 6th day of January, 2004.

Scott E. Perry, Esquire
Cahill & Goetsch, P.C.
43 Trumbull Street
New Haven, CT  06511

Robert O. Hickey, Esquire
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street
P.O. Box 3057
Stamford, CT  06905

                                                                    /s/ Christopher J. Picard