UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **WAYNE GIRAUD,** | : | CIVIL ACTION NO. 3:01 CV 01220 (PCD) |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| V. | : | |
| | : | |
| **METRO-NORTH RAILROAD,** | : | |
| | : | |
| **Defendant.** | : | APRIL 28, 2004 |

**STIPULATION FOR DISMISSAL**

The parties hereby stipulate to a dismissal of this action with prejudice and without costs to any party.

          THE DEFENDANT,
          METRO-NORTH RAILROAD

By:_____
    Robert O. Hickey, Esq., (CT 19555)
    Ryan, Ryan, Johnson & Deluca, LLP
    80 Fourth Street, P.O. Box 3057
    Stamford, CT   06905
    Phone No. 203-357-9200

THE PLAINTIFF,
WAYNE GIRAUD


By:_____
   Scott Perry, Esq. (CT      )
   Cahill & Goetsch, P.C.
   43 Trumbull Street
   New Haven, CT   06511
   (203)777-1000


THE DEFENDANT,
NEW HAVEN PARKING AUTHORITY


By:_____
   Christopher Picard, Esq. (CT      )
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT 06114-1190
   (860)249-1361

I:\Procases\205.111\stip4dismissal.wpd