39

FILED
Jun 8  2 14 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WAYNE GIRAUD, | : | CIVIL ACTION NO. 3:01 CV 01220 (PCD) |
| Plaintiff, | : | |
| V. | : | |
| METRO-NORTH RAILROAD, | : | |
| Defendant. | : | APRIL 28, 2004 |

### STIPULATION FOR DISMISSAL

The parties hereby stipulate to a dismissal of this action with prejudice and without costs to any party.

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By: _____ Deputy Clerk
FILED
Jun 14  7 41 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

THE DEFENDANT,
METRO-NORTH RAILROAD

By: _____
Robert O. Hickey, Esq., (CT 19555)
Ryan, Ryan, Johnson & Deluca, LLP
80 Fourth Street, P.O. Box 3057
Stamford, CT 06905
Phone No. 203-357-9200